And for your resume, please use the following words. Thank you. I'm so honored to see you all. I'm also engaged. I have a special guest, Mr. Michael DeGrasse Tyson. Hi. How are you? OK. So we're the So this is what we do. So we have what we can do, and what we can't do. We are a nation of government. The government can do these two things, and the government can't do that. But if you're a country, you have the power to do your own thing. And if that's your thing, the government can only do that. As far as I'm concerned, there's a culture of duality. And while I'm not as supportive of the United States versus New Zealand, this is what it is. It's just not as constitutional. So what is the scope of the debate? It's the ability to refute questions of immigration. It's the ability of immigration doctors to refute the statute of limitations. So is it your position that all of this is per se illegal? No. It just goes beyond the administrative problem. But what's that got to do with being a citizen? I mean, today, what's that got to do with being a citizen? It has to do with being a human being. Well, it has to do with being a human being. The reason that we're all here is that I'm not sure what's the antidote to the piece of question that comes to mind. What am I called? Just a dog that is a search dog. And I see it as a reward. The mirror that a dog goes past, it's not what I see or interview. The dog is as long as there's one dog. As long as you're in here, you're in an area where a lot of researchers are trained to know the arts. So what's in the war mirror? What about the spirit of architecture? How far have they learned? Well, it's something else. It's just a little something. And I think we're traumatized. So I think this is a process where it's absolutely important, and it's absolutely clear, that the elements of actions are under and admits to a search. It's not under the search. It's under the war, which is very different. It's under the spirit. First, it's where it's seen. It's understood. It's considered. It's very limited. It's discovery. It's a lot of pieces. It's a lot of different pieces. And, of course, we have to learn how to struggle in order not to make mistakes. So, as far as I understand, it's not the case. It's not the search. So I'm trying to figure out what's the reason. It's pretty clear we're getting close to where we get lost. It's so easy to get lost. So we're at a checkpoint just off the coast of California on the mountain passes. And certain folks have shown up. Sometimes there's not very many people around, and some of the folks are a little bit scared. Sometimes there's not a lot of people. Sometimes there is a lot of folks. Well, I think this whole information challenge is a reason for the search. Yes, the search has started. The search has started. So you can see it here. This is how it's done. You know, you see this one. We, of course, were part of the foreign development space, and we're talking about the traditional style of that. Here we are just off the coast, and we're just talking about communication, and we're talking about things that are out there, and we're focusing on international order and where the international order is. It's the image that kind of changes as we try to move on to different areas, and we try to introduce you to different businesses and institutions of order, and we do that probably through a lot of different systems that we sell. But those kinds of groups, I think, they're such an important part of the search. So I want to say thank you very much to all of you.  Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you very much. Thank you very much. Thank you. Thank you very much. Thank you. Thank you. Thank you. Thank you all. Thank you all for joining us.
judges: W. Fletcher, Rawlinson, Hurwitz